UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUDSON, DALE JAMES | § | Case No. 09-17237 |
| HUDSON, DAWN MARIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
        . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/MICHAEL G. BERLAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-17237 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | HUDSON, DALE JAMES | | | Date Filed (f) or Converted (c): | 05/12/09 (f) |
| | HUDSON, DAWN MARIE | | | 341(a) Meeting Date: | 07/06/09 |
| For Period Ending: | 02/04/13 | | | Claims Bar Date: | 11/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1302 Brookfield, Plainfiled-scheduled | 189,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking-National City-scheduled | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5. Pension-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 6. Hudson Professional Carpentry-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7. Possible malpractice action-scheduled | Unknown | 0.00 | | 375,000.00 | FA |
| 8. Tools of trade-scheduled | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Dogs-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $195,600.00 | $0.00 | | $375,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel to investigate a medical malpractice case.

The Trustee hopes this cas will be resolved in 2013.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-17237 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | HUDSON, DALE JAMES | Bank Name: | Congressional Bank |
| | HUDSON, DAWN MARIE | Account Number / CD #: | *******9579 Checking Account |
| Taxpayer ID No: | | | |
| For Period Ending: | 02/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | 7 | Jooliet Area Risk Rention Group | | 1142-000 | 375,000.00 | | 375,000.00 |
| 01/14/13 | 001001 | Roman Okrei | Payment fo special counsel for settlement per court roder | 3210-000 | | 53,125.00 | 321,875.00 |
| 01/14/13 | 001002 | Rickman Law Firm LLC | Payment of special counsel for settlement per court order | 3210-000 | | 53,125.00 | 268,750.00 |
| 01/14/13 | 001003 | Roman Okrei | Payment of Okrei expenses per court order | 3220-000 | | 18,918.07 | 249,831.93 |
| 01/14/13 | 001004 | Rickmon Law Firm LLC | Payment of Rickmon expenses per court order | 3220-000 | | 2,633.52 | 247,198.41 |
| 01/14/13 | 001005 | Dale Hudson | Payment of exemption per court roder | 8100-000 | | 15,000.00 | 232,198.41 |
| 01/14/13 | 001006 | Dawn Hudson | Payment of exemption per court order | 8100-000 | | 15,000.00 | 217,198.41 |
| 01/14/13 | 001007 | Illinois Department Of Health Care | Payment of lien per court roder | 4210-000 | | 2,320.23 | 214,878.18 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 375,000.00 | 160,121.82 | 214,878.18 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 375,000.00 | 160,121.82 | |
| Less:  Payments to Debtors | | 30,000.00 | |
| Net | 375,000.00 | 130,121.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******9579 | 375,000.00 | 130,121.82 | 214,878.18 |
| | 375,000.00 | 130,121.82 | 214,878.18 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    375,000.00    160,121.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-17237 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | HUDSON, DALE JAMES | | Bank Name: | Congressional Bank |
| | HUDSON, DAWN MARIE | | Account Number / CD #: | *******9579 Checking Account |
| Taxpayer ID No: | | | | |
| For Period Ending: | 02/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********9579

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 04, 2013 |
|---|---|---|---|---|---|---|

Case Number:    09-17237  
Debtor Name:    HUDSON, DALE JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999<br>8200-00 | DALE JAMES HUDSON<br>1302 BROOKFIELD DRIVE<br>PLAINFIELD, IL 60586 | Unsecured | | $0.00 | $0.00 | $139,475.13 |
| 000001<br>070<br>7100-00 | Yellow Book USA (MPM)<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $1,495.00 | $1,495.00 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $0.00 | $7,508.68 | $7,508.68 |
| 000003<br>070<br>7100-00 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured | | $0.00 | $1,536.81 | $1,536.81 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $5,303.97 | $5,303.97 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $13,332.14 | $13,332.14 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $5,902.16 | $5,902.16 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $7,861.71 | $7,861.71 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $8,465.30 | $8,465.30 |
| 000009<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $8,265.51 | $8,265.51 |
| 000010<br>070<br>7100-00 | Midland Funding<br>Assognee GE Money Bank<br>Care of Recovery Management Systems<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $0.00 | $955.45 | $955.45 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 04, 2013 |
|---|---|---|---|---|---|

Case Number:  09-17237  
Debtor Name:  HUDSON, DALE JAMES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $60,626.73 | $200,101.86 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-17237
Case Name: HUDSON, DALE JAMES
             HUDSON, DAWN MARIE
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Yellow Book USA (MPM)<br>c/o RMS Bankruptcy Services<br>PO Box 5126<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ | $ | $ |
| 000003 | Credit First<br>Po Box 818011<br>Cleveland, OH 44181 | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000010 | Midland Funding Assognee GE Money Bank Care of Recovery Management Systems 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $      .