UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HUDSON, DALE JAMES § Case No. 09-17237
HUDSON, DAWN MARIE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/19/2013 in Courtroom ,
United States Courthouse
Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/15/2013            By: /s/ Michael G. Berland
                                            Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| HUDSON, DALE JAMES | § | Case No. 09-17237 |
| HUDSON, DAWN MARIE | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 375,000.00 |
| and approved disbursements of | $ | 160,121.82 |
| leaving a balance on hand of[1] | $ | 214,878.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: MICHAEL G. BERLAND | $  13,526.24 | $  0.00 | $  13,526.24 |
| Total to be paid for chapter 7 administrative expenses | | | $  13,526.24 |
| Remaining Balance | | | $  201,351.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,626.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book USA (MPM) | $ 1,495.00 | $ 0.00 | $ 1,495.00 |
| 000002 | DISCOVER BANK | $ 7,508.68 | $ 0.00 | $ 7,508.68 |
| 000003 | Credit First | $ 1,536.81 | $ 0.00 | $ 1,536.81 |
| 000004 | PYOD LLC its successors and assigns | $ 5,303.97 | $ 0.00 | $ 5,303.97 |
| 000005 | Chase Bank USA, N.A. | $ 13,332.14 | $ 0.00 | $ 13,332.14 |
| 000006 | Chase Bank USA, N.A. | $ 5,902.16 | $ 0.00 | $ 5,902.16 |
| 000007 | American Express Centurion Bank | $ 7,861.71 | $ 0.00 | $ 7,861.71 |
| 000008 | Chase Bank USA, N.A. | $ 8,465.30 | $ 0.00 | $ 8,465.30 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,265.51 | $ 0.00 | $ 8,265.51 |
| 000010 | Midland Funding | $ 955.45 | $ 0.00 | $ 955.45 |
| | Total to be paid to timely general unsecured creditors | | | $ 60,626.73 |
| | Remaining Balance | | | $ 140,725.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,250.08 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 139,475.13 .

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                    Case No. 09-17237-BWB
Dale James Hudson                                         Chapter 7
Dawn Marie Hudson
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 3              Date Rcvd: Mar 19, 2013
                              Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2013.
```
db/jdb     +Dale James Hudson,    Dawn Marie Hudson,    1302 Brookfield Drive,    Plainfield, IL 60586-7626
13906726   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14430496    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13906727   +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
13906730   +Chase,    PO Box 15153,    Wilmington, DE 19850-5153
13906731   +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
13906729   +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13906728   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14424144    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13906732   +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
13906733   +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13906734   +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
13906735   +Credit First,    Po Box 818011,    Cleveland, OH 44181-8011
13906737   +Emergency Healthcare,    PO Box 366,    Hinsdale, IL 60522-0366
19931755    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
13906739   +National City,    Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
13906741   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
             Cincinnati, OH 45201)
13906742    Yellow Book,    PO Box 3162,    Cedar Rapids, IA 52406-3162
14138323   +Yellow Book USA (MPM),    c/o RMS Bankruptcy Services,    PO Box 5126,
             Timonium, Maryland 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14295401    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2013 01:55:18     DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13906736   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 20 2013 01:55:18     Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14664183    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2013 01:50:44
             FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
             Oklahoma City, OK  73124-8809
14687299   +E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2013 01:50:11     GE Money Bank dba SAM'S CLUB,
             Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13906738   +E-mail/Text: bkynotice@harvardcollect.com Mar 20 2013 02:08:37     Harvard Collection,
             4839 N Elston Ave,    Chicago, IL 60630-2589
14351909   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 20 2013 02:05:08
             PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
             Greenville, SC 29602-9008
19931756    E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2013 01:55:14
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13906740   +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2013 01:52:46     Sams Club,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                             TOTAL: 8
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty            Rickman Law Firm LLC
aty            Roman Okrei,   Rickman Law Firm LLC
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Mar 19, 2013
                              Form ID: pdf006          Total Noticed: 27

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Mar 19, 2013
                              Form ID: pdf006          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2013 at the address(es) listed below:

      David  Chang    on behalf of Joint Debtor Dawn Marie Hudson dchang@changandcarlin.com, changcarlin@iamthewolf.com
      David  Chang    on behalf of Debtor Dale James Hudson dchang@changandcarlin.com, changcarlin@iamthewolf.com
      John P Carlin    on behalf of Joint Debtor Dawn Marie Hudson jcarlin@changandcarlin.com, changcarlin@iamthewolf.com
      John P Carlin    on behalf of Debtor Dale James Hudson jcarlin@changandcarlin.com, changcarlin@iamthewolf.com
      Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                           TOTAL: 6